UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:
Carlos Cardozo                                           Case No. 20-21681-RAM
___Debtor_____/                                       Chapter 7

## MOTION TO REOPEN AND REINSTATE CAHPTER 7 CASE FOR DEBTOR'S FAILURE TO APPEAR AT THE MEETING OF CREDITORS

**COMES NOW**, the debtor Carlos Cardozo, (hereinafter referred to as "Debtor") by and through undersigned counsel and files this Motion to Reopen Chapter 7 Case and to vacate dismissal and as grounds therefore states the following:

1. On October 26,2020, the instant case was filed as a chapter 7 bankruptcy.

2. On December 7,2020, this case was dismissed due to the Debtor's failure to apparat at the Meeting if creditors which was set for December 2,2020 at9:00AM.

3. Due to a calendaring error on the part of the Debtor he did not appear to the Meeting of Creditors and did not return to the office to reinstate his case until the filing of this instant Motion in part due to event surrounding the pandemic.

4. The Debtor's case was filed in good faith and the Debtor will be unjustly prejudiced if not permitted to reinstate the case.

**WHEREFORE**, the Debtor prays this Court grant an Order Reopening and Reinstating this case.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent on January 20,2021 via ECF to Robert Angueira, Trustee, 16 SE 1st Ave., Miami, FL 33130 and regular mail to all parties on the service list.

Respectfully Submitted:
**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th treet
Hialeah, FL 33012
Tel. (305) 687-8008

By:*/s/Robert Sanchez*
        Robert Sanchez, Esq., FBN#0442161