**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:
CARLOS CARDOZO,            Case No: 20-21681-RAM
                                                            Chapter 7
_____Debtors_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Reopen and Reinstate Chapter 7 Case and Notice of Hearing was sent to all parties on the attached service list on January 20, 2021.

Electronically: Robert A. Angueria, Trustee

First Class Mail:

Debtor(s), Alexei A. Marquez
18857 NW 85th Ct, Apt 2906
Hialeah, FL 33015

All Creditors on the Matrix

                                                 Submitted By:
                                                 ROBERT SANCHEZ, P.A.
                                                 Attorney for Debtor(s)
                                                 355 West 49th Street
                                                 Hialeah, FL 33012
                                                 Tel.: 305-687-8008
                                                 Fax: 305-821-1056

                                                 By: ___/s/ Robert Sanchez___
                                                     ROBERT SANCHEZ, Esq.
                                                     Florida Bar No. 0442161

Bryantstbk
500 E. 60th Street North
Sioux Falls, SD 57104

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One/Dress Barn
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Cavalry Portfolio Services
500 Summit Lake
Suite 400
Valhalla, NY 10595

Ccs/bryant State Bank
500 E. 60th Street North
Sioux Falls, SD 57104

Comenity Bank/Express
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193

Department of Education/582/Nelnet
Attn: Bankruptcy
Po Box 82561
Lincoln, NE 68501

Department of Education/582/Nelnet
Attn: Bankruptcy
Po Box 82561
Lincoln, NE 68501

Department of Education/582/Nelnet
Attn: Bankruptcy
Po Box 82561
Lincoln, NE 68501

Department of Education/582/Nelnet
Attn: Bankruptcy
Po Box 82561
Lincoln, NE 68501

Department Store National Bank/Macy's
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054

Fingerhut
Attn: Bankruptcy
Po Box 1250
Saint Cloud, MN 56395

First PREMIER Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117

Genesis Bc/Celtic Bank
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076

Macy's/DNSB
PO Box 8218
Mason, OH 45040-8218

Merrick Bank/CardWorks
Attn: Bankruptcy
Po Box 9201
Old Bethpage, NY 11804

Midland Funding Llc
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193

Midland Funding Llc
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193

Midland Funding Llc
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193

Midland Funding Llc
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193

Moneylion

Attn: Bankruptcy Dept
P.O. Box 1547
Sandy, UT 84091

Portfolio Recovery
Attn: Bankruptcy
120 Corporate Blvd
Norfolk, VA 23502

Portfolio Recovery
Attn: Bankruptcy
120 Corporate Blvd
Norfolk, VA 23502

Portfolio Recovery
Attn: Bankruptcy
120 Corporate Blvd
Norfolk, VA 23502

Portfolio Recovery
Attn: Bankruptcy
120 Corporate Blvd
Norfolk, VA 23502

Resurgent Capital Services
Attn: Bankruptcy
PO Box 10497
Greenville, SC 29603

Resurgent Capital Services
Attn: Bankruptcy
PO Box 10497
Greenville, SC 29603

Santander Consumer USA
Attn: Bankruptcy
10-64-38-Fd7   601 Penn St
Reading, PA 19601

Syncb Bank/American Eagle
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Syncb/Paypalsmartconn
Attn: Bankruptcy

Po Box 965060
Orlando, FL 32896

Syncb/Paypalsmartconn
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Syncb/Paypalsmartconn
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/ JC Penneys
Attn: Bankruptcy
Po Box 965064
Orlando, FL 32896

Synchrony Bank/ JC Penneys
Attn: Bankruptcy
Po Box 965064
Orlando, FL 32896

Synchrony Bank/ Old Navy
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/ Old Navy
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Amazon
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Amazon
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Amazon
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Amazon
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Amazon
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Banana Republic
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Care Credit
Attn: Bankruptcy Dept
Po Box 965064
Orlando, FL 32896

Synchrony Bank/Chevron
Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Gap
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Gap
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Walmart
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Walmart
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Walmart
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Trident Asset Management
Attn: Bankruptcy
Po Box 888424
Atlanta, GA 30356

U.S. Department of Education
Ecmc/Bankruptcy
Po Box 16408
Saint Paul, MN 55116

U.S. Department of Education
Ecmc/Bankruptcy
Po Box 16408
Saint Paul, MN 55116

U.S. Department of Education
Ecmc/Bankruptcy
Po Box 16408
Saint Paul, MN 55116

U.S. Department of Education
Ecmc/Bankruptcy
Po Box 16408
Saint Paul, MN 55116